# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Nos. 1D2023-1979
1D2023-2108

_____

DANIEL GODFREY,

Appellant/Cross-Appellee,

v.

BEVERLY JANE RUSSELL,

Appellee/Cross-Appellant.

_____


On appeal from the Circuit Court for Columbia County.
Wesley Raymond Douglas, Judge.

June 6, 2025


PER CURIAM.

The cross-appeal is DISMISSED.

ROWE, RAY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

William D. Palmer, Shannon McLin, and Robert Scavone, Jr. of Florida Appeals, Orlando, for Appellant/Cross-Appellee.

Nancy A. Hass of Nancy A. Hass, P.A., Fort Lauderdale; and Lisa A. Schlitzkus of the Law Office of Lisa A. Schlitzkus, P.A., Lake City, for Appellee/Cross-Appellant.